| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Tatuado Hospitality Management Group, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **46-3628886**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **581 East Sunset Road Suite 100 Henderson, NV 89011** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** | Location of principal assets, if different from principal place of business |
| County | **2880 Las Vegas Blvd South Las Vegas, NV 89109** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify:

Debtor   **Tatuado Hospitality Management Group, LLC**           Case number (*if known*) _____
               Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 2

Debtor **Tatuado Hospitality Management Group, LLC**          Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Tatuado Hospitality Management Group, LLC**                Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2016**
              MM / DD / YYYY

X **/s/ Michael F. Tsunis**                                **Michael F. Tsunis**
Signature of authorized representative of debtor           Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Samuel A. Schwartz. Esq.**                         Date **February 1, 2016**
Signature of attorney for debtor                                MM / DD / YYYY

**Samuel A. Schwartz. Esq.**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 385-5544**       Email address  **sam@nvfirm.com**

**10985**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tatuado Hospitality Management Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2016**      X **/s/ Michael F. Tsunis**
Signature of individual signing on behalf of debtor

**Michael F. Tsunis**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Tatuado Hospitality Management Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO Box 0001 Los Angeles, CA 90096-0001 | | **Merchant Processor** | **Contingent** | $330,000.00 | $0.00 | $330,000.00 |
| **Aramark Uniform Services** po box 101179 Pasadena, CA 91889-1179 | | **Uniform Supply** | | | | $3,200.00 |
| **Arch Capital Group, Ltd** 360 Hamilton Suite 600 White Plains, NY 10601 | | **Business Loan** | | | | $240,000.00 |
| **Bonaza Beverage Company** 6333 S Ensworth St Las Vegas, NV 89119 | | **Wine and Spirits** | | | | $3,500.00 |
| **Great Buns Bakery** 3270 East Tropicana Las Vegas, NV 89121 | | **Baked Goods** | | | | $1,000.00 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **941 Payroll Taxes** | | | | $225,000.00 |
| **Lendini, LLC** PO Box 519 Langhorne, PA 19047 | | **Business Loan** | | | | $100,000.00 |
| **MGM International** 2880 Las Vegas Blvd. S. Las Vegas, NV 89119 | | **Pre-Acquisition Legacy Liabilities** | | | | $145,000.00 |

Debtor **Tatuado Hospitality Management Group, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MGM International - Circus Circus Hotel** 2880 Las Vegas Blvd. S. c/o Eric Wolfman Las Vegas, NV 89119 | | **Commerical Lease** | | | | $35,000.00 |
| **Nevada Bar and Restaurant Supply** 4540 Arville Street Suite B16 PO Box 97661 Las Vegas, NV 89193 | | **Restaurant Furniture and Fixtures** | | | | $15,000.00 |
| **Nevada Beverage Company** 3940 West Tropicana Ave. Las Vegas, NV 89103 | | **Wine and Spirits** | | | | $4,000.00 |
| **Nevada Department of Taxation** P.O. Box 52609 Phoenix, AZ 85072-2609 | | **Legacy Unpaid Sales Tax** | | | | $240,000.00 |
| **Paradise Produce** 1151 Grier Drive Suite A Las Vegas, NV 89119 | | **Food and Produce** | | | | $12,000.00 |
| **Pepsi Beverage Company** 6500 West Sunset Road P.O. BOX 75948 Las Vegas, NV 89118 | | **Beverages** | | | | $4,000.00 |
| **Power Up Lending Group, LTD.** 111 Great Neck Road Suite 216 Great Neck, NY 11021 | | **Business Loan** | | | | $200,000.00 |
| **Shetakis Wholesellers** 3840 N Civic Center Drive Suite A North Las Vegas, NV 89030 | | **Foodservice Products** | | | | $89,000.00 |

Debtor **Tatuado Hospitality Management Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Silver State Meats, LLC**<br>**6560 South Tioga Way**<br>**#130**<br>**Las Vegas, NV 89113** | | **Meat and Poultry** | | | | **$90,000.00** |
| **Southern Wine and Spirits**<br>**PO Box 19299**<br>**Las Vegas, NV 89132** | | **Wine and Spirits** | | | | **$7,500.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **Tatuado Hospitality Management Group, LLC**  
Debtor(s)

Case No.  
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 15,783.00 |
   | Prior to the filing of this statement I have received | $ 15,783.00 |
   | Balance Due | $ 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 1, 2016**  
*Date*

**/s/ Samuel A. Schwartz. Esq.**  
**Samuel A. Schwartz. Esq. 10985**  
*Signature of Attorney*  
**Schwartz Flansburg PLLC**  
**6623 Las Vegas Blvd. South, Suite 300**  
**Las Vegas, NV 89119**  
**(702) 385-5544   Fax: (702) 385-2741**  
**sam@nvfirm.com**  
*Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re: **Tatuado Hospitality Management Group, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael F. Tsunis<br>259 Rockwell Springs Court<br>Henderson, NV 89011 | | 100% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 1, 2016**

Signature **/s/ Michael F. Tsunis**
**Michael F. Tsunis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re: **Tatuado Hospitality Management Group, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 1, 2016**

**/s/ Michael F. Tsunis**
**Michael F. Tsunis**/**Manager**
Signer/Title

```
Tatuado Hospitality Management Group, LLC
581 East Sunset Road
Suite 100
Henderson, NV 89011

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Nevada Department of Taxation
P.O. Box 52609
Phoenix, AZ 85072-2609

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Aramark Uniform Services
po box 101179
Pasadena, CA 91889-1179
```

```
Arch Capital Group, Ltd
360 Hamilton
Suite 600
White Plains, NY 10601

Bonaza Beverage Company
6333 S Ensworth St
Las Vegas, NV 89119

Great Buns Bakery
3270 East Tropicana
Las Vegas, NV 89121

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lendini, LLC
PO Box 519
Langhorne, PA 19047

Liskotin Family Trust
c/o The Rosenfeld Law Office
156 Harborview South
Lawrence, NY 11559

MGM International
2880 Las Vegas Blvd. S.
Las Vegas, NV 89119

MGM International - Circus Circus Hotel
2880 Las Vegas Blvd. S.
c/o Eric Wolfman
Las Vegas, NV 89119

Nevada Bar and Restaurant Supply
4540 Arville Street
Suite B16
PO Box 97661
Las Vegas, NV 89193

Nevada Beverage Company
3940 West Tropicana Ave.
Las Vegas, NV 89103

Nevada Department of Taxation
P.O. Box 52609
Phoenix, AZ 85072-2609

Paradise Produce
1151 Grier Drive
 Suite A
Las Vegas, NV 89119
```

```
Pepsi Beverage Company
6500 West Sunset Road
P.O. BOX 75948
Las Vegas, NV 89118

Power Up Lending Group, LTD.
111 Great Neck Road
Suite 216
Great Neck, NY 11021

Shetakis Wholesellers
3840 N Civic Center Drive
Suite A
North Las Vegas, NV 89030

Silver State Meats, LLC
6560 South Tioga Way
#130
Las Vegas, NV 89113

Southern Wine and Spirits
PO Box 19299
Las Vegas, NV 89132

Wirtz Beverage
3110 West Cheyenne Avenue, Suite 100
North Las Vegas, NV 89032

Wray-al Properties, LLC
3681 Winery Road
Pahrump, NV 89048
```

# United States Bankruptcy Court
## District of Nevada

In re  **Tatuado Hospitality Management Group, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tatuado Hospitality Management Group, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael F. Tsunis**  
**259 Rockwell Springs Court**  
**Henderson, NV 89011**

☐ None [*Check if applicable*]

**February 1, 2016**  
Date

**/s/ Samuel A. Schwartz. Esq.**  
**Samuel A. Schwartz. Esq. 10985**  
Signature of Attorney or Litigant  
Counsel for  **Tatuado Hospitality Management Group, LLC**  
**Schwartz Flansburg PLLC**  
**6623 Las Vegas Blvd. South, Suite 300**  
**Las Vegas, NV 89119**  
**(702) 385-5544 Fax:(702) 385-2741**  
**sam@nvfirm.com**

## ACTION BY WRITTEN CONSENT OF THE MANAGER
## OF TATUADO HOSPITALITY MANAGEMENT GROUP, LLC

The undersigned, constituting the Manager and holder of 100% of the membership interests in Tatuado Hospitality Management Group, LLC, a Nevada limited liability company (the "**Company**"), hereby consents to and takes the following action:

RESOLVED, that Manager of the Company hereby authorizes, directs and empowers Michael F. Tsunis, as Manager, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company;

IT IS HEREBY FURTHER RESOLVED that Michael Tsunis is authorized and directed as Manager to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Michael F. Tsunis in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Manager of Tatuado Hospitality Management Group, LLC, does hereby execute this Action by Written Consent as of the date indicated below.

By:   TATUADO HOSPITALITY MANAGEMENT GROUP, LLC,
      a Nevada limited liability company

_____     _____2/1/16_____
Michael Tsunis, Its Manager          Date